Dear, court clerk       3:26-mc-40
variant poplin Date 7-9-2026

This case was also Filed in monRoe and was switched
To mcminn county. which is The improper venu.
and has as of 7-9-26 not Been ruled on yet.

They are also more fillings on Some oF my cases
that I sent To The courts in mcminn county AT
Athens that I do not have copys oF,

mcminn county court clerk       **FILED**

1317. S. white ST.

Athens, TN. 37303

JUL 17 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Billy W. Locke #135987
Polk co. Jail
Po Box 1189
Benton TN. 37307

ResPecTfully

Billy Locke

IN THE ~~civil courts~~ of ~~monroe~~ county Tennessee
McMinn

(IN THE U.S. DISTRICT COURT, AT KnoXville Tennessee)

Billy wayne locke )    Date 11-11-2024
    PlaintiFF
    V S. ~~(blank)~~ )    Docket #:        FILED
                                          2:59pm
monRoe county )    24-CV-433    NOV 14 2024

Tennessee, IN General )
    Defendant

AFFidavit of complaint (AND)
Statement of FacTS (PlaintiF "comes Pro-Se)

On may 26th 2024) upon my arrest, my car was
Towed To The impound lot, at The direction of The
monRoe County sheriffs DepT. That Puts my car in The
Possession of monroe county. my charge was dismissed
on Jun 18th, 2024, case No. 524-1122.

a motion was filed on 8-8-24 For The Taxing of cast
T.c.A. 40-25-126  an The return of my ProPerty,
That was (never) Responded To.
                                        Brad mason
An Thin on 9-13-2024 I was Told by my Parole officer
That my car had Been crushed Back in some Time
in July along with every Thing in iT.
                                        destruction
I am suing (monroe county) for The ~~destruction~~ of
1. my antique vehical
2. my Personal an Privit ProPerty That was in The car
3. an my ~~Tools~~ Tools That I used To make a
living with.
4. The mentel anguish, an harrassment
                    1 oF 5

5. For the Hard ship That thay have just put me in, By stranding me, an because of this I have no way to get to work, no ride to the store Doctor ~~or~~, or to see my Parole officer, or to get to the courts or any where eles, like Religious worship, an this is also a ~~violation~~ violation of my Due Process 5TH Amend. 14 Amend of equal Protection of the law, an also state law, Theses Actions ~~is~~ is done willfully an Knowingly, By The county.

I am requesting $500,000 For This injustice in compensatory Damages,

an T.C.A. 40-25-126 is The Law, it is not a Sugestion. All of my Property an car was supposed To be returned To me at The Prosecution exspenes upon The dismissel oF This case

~~home address~~
Billy Locke
~~c.R.~~
~~Etowah, TN. 37331~~

Billy Locke #135987
Polk co. Jail
Po Box 1189
Ben~~~~

Respectfuly Summitted
Billy W. Locke

(NO "REPLY" From this court)

In The General sessions court of Monroe county Tennessee

(This was sent to this court on

#135987

Billy Locke } Date 8-8-2024

v.

State of Tennessee } Case No. 524-1122
Attorney general }

## Motion For The Taxing of cost
(Defendant comes Pro-se)

T.C.A 40-25-126

(a) States that when the defendant is discharged upon the examination, or acquitted in any criminal Prosecution For a Public offense, and the court is of opinion that Prosecution was malicious or frivolous, The Prosecuter may be Taxed with (all) The costs.

(b) This section extend To Trials befor Judges of general sessions court, by whom the Prosecutor may, in like manner be Taxed.

The U.S. constitution state that I have a constitutional Right not to be Taxed For The governments wrong doing.

## (Statement of Fact)

On May 26 I was arrested For a Burglary That I had nothing To do with, and on Jun 18th was dismissed, and we will have a Trial on This if need be.

RECEIVED

BY WR 2:59am

Motion
AND    Requested Remedy

P.2

my car was towed To impound loti as of this arrest. I am motioning and requesting that this court have my car Delivered To my house. at The government and Prosecutors exspense.

240 CR. 890 ETauah, TN. 37331

Motion 2    (Statement of Fact)

as of state Because of this arrest I have as of now have a $70.00 Dollar medical Bill hear at this Jail.

(Remidy Requested)

I am asking This court, For a court order Removing This charge of medical Fee's, and any other medical Fee's That I may Receive here untill, I am Released From This Jail, Because of This unlawful charge. That has also violated my Parole. and The return of my Tools That was taken out of my car, and Proceeded to be used To Put me in Jail with. and I am still in The monRoe county Jail Because of This charge and arrest.

home address | This Filed under Art. 1 sec. 9
Billy w. Locke | of The state constitution
890 CR. 890
ETauah TN. 37331

Polk co. Jail                    Respectfuly summitted

P.O. Box 1189                    Billy Locke

Benton, TN, 37307

Filed in McMinn

FILED

MAR 3 0 2026

RHONDA J. COOLEY
CIRCUIT/SESSIONS COURT CLERK
BY _____ D.C.

Date 3-25-2026

Billy W. Locke #135987

V.

Docket
Case No. 24-CV-433

MonRoe county TN.    Petioner comes Pro-se

NO Motion For Default
Notice oF APPearance

AS to the record That I received on this case
iT is aPPearing That The county has failed to
defend This case, they are No Notice oF APPearance
By any one That I have Seen, IN The File That
has Been Sent To me.

the Summons was Served on MonRoe county on 11-26-24

I am Motioning For The court clerk To enter a
Default For MonRoe county TN. As Provided By
Tenn Rc civil R 55.01
Thank you and Thank you For your Time

Billy W. Locke #135987
Polk co. Jail
Po. Box 1189
BenTon TN. 37307

                              RespectFully Summitted
                              Billy Locke

EXHIBIT
C
tabbies

IN The civil court of mcminn county Tennessee
At Athens

Date 5-14-2026

BILLY W. Locke Pro-Se )
            V.              )   case No. 2024-CV-433
MonRoe county              )
in general                 )

~~Response~~ IN Support of Motion For DeFAulT

on (11-14-2024) a civil Summons was Served upon Defendant monroe county Mayor EXhiBiT A By D. casteulos 11-26-24, The law on The Summons Says that They have 30 Days in which To defend, This case, IN which the defender, choose To not Reply oR answer For over 1½ Years a round about, No Reply From Them oR Their attorney.

AND inFact They Did not even See a need For an attorney in This matter, AND Petioner is Pro-Se and Proceeding in Forma Pauperis, The defendant Did recive a copy oF The complaint and Summons and willfully choose To disregard it.

AND The county was rePasented aT The Time the Summones was Served To. By mr. DiXSon, So They are no ~~reason~~ reason For NoT RePlying to the complaint or the Summons, They was No reason To Think That Sending them a Cartificate oF Service For a Default would Be any Differant, IF the court clerk did not already Send Them one, or a notice oF the Default.

Rule "5.01" States, NO Service need be made on PartieS adjudged in default for failure to appear.

AND ~~than~~, PlaintiFF only gets 2 stamped envelops a

P.1

(Pro-se)                                Date 3-31-2026

Billy W. Locke #135987
Plaintiff
    v.                          Docket No. 24-cv-433
monRoe
poBoe County
    Defendant

Rule 56, Rule 56(a)
MoTion For Summary Judgment

The Plaintiff hereby pititions The counts for a summary Judgment. In my Fover, For The county has failed to dispute any ~~thing~~ Facts, that is in The Affidavit of complaint as Required by law
(Facts of case)

1. my car "not" returnd
2. my Personal an Print Property "not" returnd
3. my tools I used to make a living with "not" returned
4. my life and liberty, I spent in Jail "not" given Back.

This case was dismissed" on Jun 18th 2024 AND goes to show that I am intitled to This Judgment By law.

every Thing I said in This case "can" Be found and supperad, in The court Records and Jail Records I Do have at home But I have no way To get them. at This Time. And The inveatory records of my car and tow slips and Records, all is in monRoe county,

Billy W. Locke #135987
Polk co. Jail
Po Box 1189
Benton TN. 37307

Billy Locke

and I have no money 2 To get, The stamped Envelops with in order To Send To Separat People, That is why I am Proceeding as a Poor Person, at least one reason

(IN support of Summary Judgment)

The car I was Driving was in Fact owned By me Because I ~~bout~~ got The car from my sister Joyce Attwood, For iT Set in The yard aT my other sisters house in Etowah TN for 7 oR 8 years, in Till I Fixed the car, my Sister's Phone Number is Pam Locke 423-252-4326 in Etowah my other Sister That got The car From miss Joann Longoria is ~~Joyce Attwood~~ she lives in Knoxville, and This Sister ~~Nancy~~ Nancy Hubbard lives in madisonville TN, her Phone No. is 423-519-2908 and Knows The hole Story of The car and So Does the one in Eowah TN and The reason I didnot get The car put in my name was my Sister lost The Title For iT, and I was waiting For her To Find iT, The ~~tag~~ License Plate on The car Belongs to my Truck in The yard aT my Sister in Etowha That Don'T run, and was The reason I had To fix the car So I could have a way To get Back and forth To work, and I was Planing on having That License Plate Transfered over to That car and I had Just got The car and got it Running around about 2weeks Befor my arrest in monroe

county, my sister Phone No. in Knoxville is 865-566-7515 8-8887

this sister is <u>Edten Burnett</u> Phone No. <u>923-506-3960</u>
and is also a wittness to my sister getting the car
from miss Longoria, I my self have never met the
lady, and as For the car still Being at T.J. Harrill
towing, I was told By my Parole officer that the car
was ~~crust~~ crushed, that is his words not mine,
and can Be Proving By the recordings of my Parole ~~hear~~
hearing, and "<u>all</u>" of my sisters Know that I got that
car from my sister in Knoxville, now Do you want
to call all of us a liar, Because I do have more
wittness to this fact, and we all have Been trying
to find the lady that had owned the car so that we
can get her to apply for a lost Title For that car.

   AND the reason mr. cole refused to testify is Because
he Knowed that the police had arrested the rong
person, I was arrested <sup>ON</sup> the polices say so Not mr. coles
and yes mr. cole Did find a yellow handel stanly
hammer in my car, and they was also 2 of theses
hammers in my car, AND thay was No PitsBerg wrench
set to Be Found any were in my car Because I did not
owne any of that Kind of tools, at my Parole hearing
miss wilburn confessed on ~~record~~ record that mr. cole
him self ask where his wrench<sup>s</sup> was, and now that
my car and Phones have all the suding show up,
   yall can get the Phones out of the car and check
the google Time Line on all 3 of the Phones, and that

P.4

my sister Donna cross Phone No. 423-898-2098
Rebecca Lee Phone No. 865-756-3463 865-591-3414
Fleacha cross 423-381-1958
These are more wittness to The Fact that
I ~~own~~ owned that car and I do have more
and you can call Them any Time you get ready
this is For chrapatuction evading arrest "is"
what I was on Parole For, and "not" charged
with in monroe county at The Time I was arrest By miss wilborn,
I am suing monroe county in its OFFicial capacity ~~and its~~
~~individual capacity~~ ~~They say I Knew that I got the~~
~~right one.~~

Billy W. Locke #135987
Polk co. Jail
Po Box 1189
Benton TN. 37307

Respectfuly Submitted
Billy Locke

P. 5

<u>ADverse Possession</u> <u>TCA 28-2-101</u>

AN see in how the car set in my and my sisters yard in Etowah TN, For 7 OR 8 years and has also set in T.J. Harri'll Towing For a year and ½ around about, with No report Being Filed of it Being Stilling or missing and no word From miss Longoria, I Do Belives That would also make me The ~~owner~~ owner of That car By ADverse Possession, See in how The Lady never claimed The car aT my house OR The Towing yard and iT was in my Possession when I was arrested AND That makes it my car, a long with every Thing in The car, and OR abandonmt TCA <u>66-28-405</u> Take your Pick.

AND This is even iF I had not Paid For The car For which I had



(Declaration of Karrie wilburn)

EXhibiT A, miss wilburn declares under 28 usc 1746 under the Penalty of Perjury her statment i's true and correct, "No.1" ~~red~~ disPatch alerted us that the suspect had left The ProParty, on old Federal Hwy mr coles Place i's south of chestuee Road on old Fed. miss Rinehart got Behind my car not more than 2½ minets after I ~~fether~~ Turned on To old Fed. Befor I had even got To mr coles Place.

I seen The head lights of miss. Rineharts Police car, coming North on old Fed. 2 min. Befor I had even got To old Fed. Road. so I Knew she had seen mine. Now iF mr coles Place is south of chestuee Road and The inter section of old Fed, and The ~~sus~~ suspect's vehicle had all ready left From mr coles Place, then why would I Be going ~~for~~ The way To he's Place in stead of a way from iT. "No. 6" is a straite up lye Because as soon as miss ~~Rine~~ Rinehart turned on her blue lights I found a Place To Pull over, which can Be found by The dash cam of The Police car, or her body cam.

"No.7" is a nother lye Because I was never charged with fleeing Levading arrest at all. and This can be Proving By my charge ~~sh~~ Sheet From That Day, and Dash cam

"No.10" I was never given a choice of ~~what~~ what I wanted To Do with my car, which is a violation of my constitutional rights, Because That was my ProPerty possion i's 9 tenths of The law, and Just Because I hadnt got The car Put in my name Does not mean That I Dont.

McMinn County Civil Court of Tennessee

Date 4-22-2026

Billy W. Locke, "Pro-Se")
 Plaintiff

 V.

Monroe county Tennessee
in general

 Defendant

Case No. 2024-CV-433

FILED
84D~
APR 27 2026
RHONDA J. COOLEY
CIRCUIT COURT CLERK
BY _____ D.C.

(Motion To Amend )(And add To.)

I hereby motion To change my complaint from Monroe county commissioner, (To Monroe county ingeneral.)

- AND I am also sueing For the Following
1. loss of enjoyment of life
2. loss of earning and earning capacity
3. all such other relief both general and specifico To which Plaintiff may be entitled under the Premises pursuant To applicable law, and of
4. all negligence acts


Billy W. Locke #135887
 Polk county Jail
 Po Box 1189
 Benton TN. 37307

Respectfully Sumitted
Billy Locke



Billy Locke #135987
Polk Co. Jail
Po Box 1189
Benton, TN. 37307

CHATTANOOGA TN 373
15 JUL 2026 AM 1 L

USA ★ FOREVER ★

RECEIVED
JUL 17 2026
INSPECTED

legal mail

Polk County has neither inspected nor censored and is not responsible for contents

U.S. E. District court clerk
800 market St. suite 130
Knoxville TN. 37902

37902$2303 C010

---

Billy Locke #135987
Polk Co. Jail
Po Box 1189
Benton. TN. 37307

CHATTANOOGA TN 373
15 JUL 2026 AM 1 L

USA ★ FOREVER ★

legal mail

Polk County has neither inspected nor censored and is not responsible for contents

U.S. clerk of court
E. D. District
800 Market St. Suite 130
Knoxville, TN. 37902

RECEIVED
JUL 17 2026
INSPECTED

37902$2303 C010